United States District Court
Southern District of Texas
**ENTERED**
October 15, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANITA FRANCES AMARO, *et al.*, § <br> Plaintiffs, § <br> § <br> VS. § <br> § <br> MARINOSCI LAWGROUP PC, *et al.*, § <br> Defendants. § § § | CIVIL ACTION NO. 4:25-CV-02388 |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On August 29, 2025, the parties in this matter were ordered to an Initial Conference before Magistrate Judge Peter Bray. (Dkt. 50). Judge Bray filed a *Memorandum and Recommendation* on September 12, 2025, recommending that Plaintiff's case be dismissed for want of prosecution. (Dkt. 66).

No objections have been filed to the *Memorandum and Recommendation*. Accordingly, the Court reviews the *Memorandum and Recommendation* for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Bray's Memorandum and Recommendation (Dkt. 66) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**. This is a final judgment.

SIGNED at Houston, Texas on October 15, 2025.

                                              GEORGE C. HANKS, JR.
                                              UNITED STATES DISTRICT JUDGE